✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:20-CR-00009-007 (TES) |
| **QUATESHIA CARSWELL** | |

Quateshia Carswell has substantially complied with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision.

Respectfully submitted,

*Amanda G Reed*

Amanda G. Reed
Re-Entry Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___6th___ day of ___May___, 2026.

s/Tilman E. Self, III
TILMAN E. SELF, III
U.S. DISTRICT JUDGE